UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GLENN HENDERSON ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:24-CV-157-FL |
| DEPARTMENT OF THE ARMY ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 6, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED for failure to state a claim under Rule 12(b)(6).

**This judgment Filed and Entered on February 6, 2025, and Copies To:**
Glenn Henderson (via US mail) 5952 Cliffdale Road, Fayetteville, NC 28314

February 6, 2025        PETER A. MOORE, JR., CLERK

                                    /s/Sandra K. Collins
                                    (By)Sandra K. Collins, Deputy Clerk